```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SYNCARPHA PALMER LLC,

        Plaintiff,

- against -

TODD BARD and LEE ENERGY GROUP,

        Defendants.

15-cv-7923 (JGK)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/4/16

JOHN G. KOELTL, District Judge:

    The Court received the attached correspondence from the defendant, Todd J. Bard. The hearing on the order to show cause for a default judgment is adjourned from January 5, 2016 to **January 19, 2016** at 4:30 p.m.

SO ORDERED.

Dated:    New York, New York
            January 4, 2016

                                      John G. Koeltl
                                  United States District Judge



**LEE Energy Group**
Energy Management and Project Development

December 30, 2015

Docket No: 15-cv-7923

Dear Judge John G. Koeltl

I would like to ask the court for an extension of time in order to retain legal counsel in regards to my hearing on January 5, 2016. Please feel free to respond to me at the contact information below. I deeply appreciate your time and consideration in the matter.

Sincerely,



Todd J. Bard
316 Regency Park Drive
Agawam, MA 01001
413-883-2031
toddbard@yahoo.com



RECEIVED
JAN 04 2016
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.